## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO RIVERA,       : | |
|    Plaintiff,       : | |
|                  : | CIVIL ACTION |
|       v.       : | |
|                  : | NO. 11-1978 |
| BALLY'S PARK PLACE, INC.,       : | |
| d/b/a BALLY'S ATLANTIC CITY,       : | |
|    Defendant. | |

## ORDER

    **AND NOW**, this _12th__ day of July, 2011, it is **ORDERED** that Defendant's Motion to Dismiss the Complaint or, in the Alternative, Transfer to the United States District Court for the District of New Jersey (Doc. 2) is **GRANTED** as follows:

- This Court lacks personal jurisdiction over Defendant.
- The parties have until **July 15, 2011** to file a one-paragraph memorandum addressing whether dismissal or transfer to the U.S. District Court for the District of New Jersey is the appropriate disposition.

                                                        s/Anita B. Brody
                                          _____
                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: